AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF NEW YORK

DOCUMENTS SERVED WITH INDEX # 1:14-CV-1333(GLS/R AND FILED ON

ATTORNEY(S): PAUL F. DWYER, ESQ. , Paula

RANDY BECK — Plaintiff
vs
CITY OF ALBANY — Defendant

STATE OF NEW YORK: COUNTY OF ALBANY COUNTY , SS.:

James Perone, being duly sworn deposes and says deponent is not a party to this action, is over the age of eighteen years and resides in the State of New York. That on November 10, 2014 at 3:41pm at 24 EAGLE ST, ALBANY NY deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT AND FILING ORDER

on: CITY OF ALBANY , Defendant (herein called recipient) therein named.

INDIVIDUAL A [ ] By personally delivering to and leaving with said ______ a true copy thereof, and that deponent knew the person so served to be the person mentioned and described in said SUMMONS IN A CIVIL ACTION AND COMPLAINT AND FILING ORDER

CORPORATION B [x] By delivering to and leaving with Anna Kirtley at 24 Eagle St, Albany NY and that deponent knew the person so served to be the ______ of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person:*

SUITABLE AGE PERSON C [ ] By delivering a true copy thereof to and leaving with ______ a person of suitable age and discretion at ______ the said premises being the defendants/respondents [ ] dwelling place (usual place of abode) [ ] actual place of business within the State of New York.

AFFIXING TO DOOR D [ ] By affixing a true copy thereof to the door of said premises, the same being the defendant's [ ] dwelling house (usual place of abode) [ ] actual place of business within the State of New York.

MAILING TO RESIDENCE (use with C or D) E1 [ ] Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's residence at ______ and deposited said envelope in an official depository under the exclusive care and custody of the United States Post Office within New York State on ______

MAILING TO BUSINESS (use with C or D) E2 [ ] Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's actual place of business at ______ in an official depository under the exclusive care and custody of the United States Post Office within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant and mailed on ______

PREVIOUS ATTEMPTS (use with D) F [ ] Deponent had previously attempted to serve the above named defendant/ respondent

| Day | Date | Time |
|---|---|---|
| | | |
| | | |
| | | |

Deponent spoke with ______ who stated to deponent that the said defendant(s) lived at the aforementioned address, but did not know defendant's place of employment.

G [x] DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS.

VOID WITHOUT DESCRIPTION (Use with A, B, C & D) A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Approximate age 46 Approximate weight 160 Approximate height 5'7 Sex Female
Color of skin White Color of hair Brown Other ______

MILITARY SERVICE [ ] Deponent asked the person spoken to whether the defendant/respondent was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not. Your deponent further says that deponent knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

NON-SERVICE After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served due to the following: [ ] Not known at address [ ] Address does not exist [ ] Evading [ ] Moved left no forwarding [ ] Other

WIT. FEES [ ] $ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Sworn to before me on this 10th day of November, 2014

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2015

James Perone
Attny's File No.
Invoice•Work Order # SP1413716